UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| LINDA A. LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:14-cv-372-PPS |
| v. ) | |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Remand. (DE 20.) The following is hereby **ORDERED**:

Pursuant to the Fed. R. Civ. P. 58 and as set forth in the Joint Motion to Remand, I hereby **ENTER JUDGMENT** in favor of the Plaintiff, **REVERSE** the Commissioner's decision, and **REMAND** this matter to the Social Security Agency for further proceedings, as authorized by the fourth sentence of 42 U.S.C. § 405(g).

**SO ORDERED**.

ENTERED: July 7, 2015.

                                                    s/ Philip P. Simon
                                                    PHILIP P. SIMON, CHIEF JUDGE
                                                    UNITED STATES DISTRICT COURT